No. 2625.—EL PUEBLO, apdo., v. SOTO, aplte.—C. D. Aguadilla. Dic. 9, 1925. Portar armas. Apareciendo que de los errores alegados por el apelante, los tres primeros carecen

de base para ser considerados por no haberse elevado una exposición del caso o pliego de excepciones, y en cuanto al último que se refiere a la imposición de la pena nada existe que demuestre que el juez inferior abusara de su discreción al imponerle tres meses de cárcel al acusado, *se confirma la sentencia apelada.*